STATE v. JORDON

No. 58P98

Case below: 128 N.C.App. 469

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1998.

STATE v. LeBLANC

No. 332P97

Case below: Mecklenburg County Superior Court

Petition by Attorney General to review superior court order is allowed 7 May 1998 for the limited purpose of entering an order vacating the trial court's order pursuant to *State v. Rorie*, 348 N.C. 226, —— S.E.2d —— (1998).

STATE v. LeGRANDE

No. 215A96-2

Case below: Stanly County Superior Court

Petition by Appellate Defender for stay of execution and remand of case for hearing in Stanly County Superior Court is allowed 7 May 1998 for the limited purpose of remanding this case to the Superior Court, Stanly County, for consideration of whether defendant should be appointed counsel, and defendant shall have 90 days to file a motion for appropriate relief from the date of the trial court's order appointing or denying counsel.

STATE v. MALETTE

No. 79PA98

Case below: 128 N.C.App. 749

Petition by defendant for writ of supersedeas allowed 6 May 1998. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 6 May 1998.